UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF MARINE EQUIPMENT INC. | CIVIL ACTION |
| VERSUS | NO. 05-6684 |
| C&G BOAT WORKS, INC. | SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion to Quash Plaintiff's Non-Party Subpoenas to Richard Currence, Karl Senner and Calvin Klotz, Record Doc. No. 40

O R D E R E D:

XXX : GRANTED.  The subpoenas are quashed because they are untimely discovery.  The discovery deadline was December 11, 2006, Record Doc. No. 12, and the subpoenas were served after this deadline.  The trial is set to commence in one week.  Id.  Where -- as here -- the court has entered a scheduling order setting a deadline for the completion of discovery, the schedule "shall not be modified except upon a showing of good cause." Fed. R. Civ. P. 16(b).  In determining whether to enforce the deadlines established in a Rule 16 scheduling order of the type that was entered in this case, the court must weigh the following factors: (1) the explanation for the failure to comply; (2) the importance of the matters that are the subject of the order; (3) potential prejudice in allowing the untimely action; and (4) the availability of a continuance to cure such prejudice, Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 324 (5th Cir. 1998); Campbell v. Keystone Aerial Surveys, Inc., 138 F.3d 996, 999 (5th Cir. 1998).

Plaintiff has failed to show good cause. No persuasive explanation for the delay in seeking this discovery has been offered.  While the information may have some importance, that is more reason why it should have been sought much earlier in this case.  The prejudice in permitting this discovery on the eve of trial is patent.  Whether a trial continuance is

available to cure it is a matter for the parties to address to the presiding trial judge.  For all of these reasons, the subpoenas are quashed, and no responses are required.

New Orleans, Louisiana, this __23rd__ day of January, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2